**Truman McDOWELL, Jr., Petitioner,**

v.

**Henry N. GRAVEN, Judge of United States District Court for Northern District of Iowa.**

No. 15426.

United States Court of Appeals
Eighth Circuit.

Sept. 14, 1955.

Mr. Truman McDowell, Jr., pro se.

Petition of petitioner for writ of mandamus denied, on the ground Court is without jurisdiction to grant writs of mandamus except in aid of its appellate jurisdiction.

**Rudolph J. PFISTER, Appellant,**

v.

**William H. HARDWICK, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 15605.

United States Court of Appeals
Fifth Circuit.

Oct. 14, 1955.

Rudolph J. Pfister, in pro. per.

James W. Dorsey, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

It appearing that the appellant is no longer in custody, having been administratively discharged on September 11, 1955, the cause is dismissed as moot.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**NORTH STAR WOOLEN MILL COMPANY.**

No. 15331.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1955.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Special Asst. to Atty. Gen., and John Potts Barnes, Chief Counsel, Internal Revenue Service, Chicago, Ill., for petitioner.

Kenneth Taylor, Minneapolis, Minn., for respondent.

Petition to review decision of Tax Court, 22 T.C. 1237, dismissed without costs to either party, on stipulation of counsel for respective parties.